**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ARCHIL MAISURADZE,

                         Petitioner,                    26 **CIVIL** 1578 (LAK)

      -against-                               **JUDGMENT**

HAYNES, etc, et al.,

                         Respondents.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated February 28, 2026, the petition for a writ of habeas corpus (Dkt 4) is granted.

**DATED:**  New York, New York
            March 5, 2026

                                  **TAMMI M. HELLWIG**
                                _____
                                  **Clerk of Court**

               **BY:**          K. mango

                                  _____
                                  **Deputy Clerk**